**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| HESIQUIO HERNANDEZ MEDELLIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. CV 19-05127-AS<br><br><br><br>**JUDGMENT** |

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

　　DATED: July 22, 2020

　　　　　　　　　　　　　　　　　　　　/s/　　　　　　　
　　　　　　　　　　　　　　　　　　ALKA SAGAR
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE